# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| THERESA A. MACKO, | : | No. 228 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| THOMAS R. CALORE, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.